United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41664
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAFAEL ZAPOTITLA-LOPEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:04-CR-353-ALL
- - - - - - - - - -

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Rafael Zapotitla-Lopez
(Zapotitla) has moved for leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Zapotitla was sent a copy of counsel's motion and brief, but has
not filed a response. Our independent review of the brief and
the record discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED. See 5TH CIR. R. 42.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.